UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN WINE DISTRIBUTORS, INC. ) <br> and MICHAEL DENNY, individual ) <br> ) <br> Defendants. ) <br> ) | Case No.: CV 10 2215 EDL <br><br> **STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 21, 2010 10:00 a.m.** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Northern District Local Rules 6-2 and 7-12, plaintiff DELEGAT'S WINE ESTATE LIMITED and defendants AMERICAN WINE DISTRIBUTORS, INC. and MICHAEL DENNY, by and through their attorneys of record, stipulate and agree that, having confirmed the availability of the Court to accommodate this Stipulation,

The first Case Management Conference, initially scheduled for September 7, 2010, and moved by August 12, 2010 Clerk's Notice to September 16, 2010, is rescheduled to September 21, 2010 at 10:00 A.M.

The parties have come to this stipulation in order to accommodate Plaintiff's associated counsel's schedule, which prevents his participation at the new rescheduled September 16, 2010 time. Plaintiff's associated counsel, Andrew J. Bayne of The Bayne Law Group LLC, will be travelling internationally at the time of the rescheduled September 16, 2010 conference. There

Page 1

1  have been no other requests to alter any calendar events scheduled by the Court. The requested
2  time modification should have no material effect on the schedule of the case.

3      Plaintiff's pending request pursuant to LR 6-10 for associated counsel, Andrew J. Bayne,
4  to participate in the first Case Management Conference by telephone is not opposed by
5  Defendant.

6  DATED: August 31, 2010

7                          MCDOWALL COTTER, APC

8                     By : David S. Rosenbaum /s/
                      David S. Rosenbaum, Esq.
9                        Attorney for Plaintiff
                      Delegat's Wine Estate Limited

10

                        THE BAYNE LAW GROUP LLC
11
                   By: Andrew J. Bayne /s/
12                        Andrew J. Bayne, Esq.
                      Attorney for Plaintiff
13                       Delegat's Wine Estate Limited
                      *Admitted Pro Hac Vice*
14
DATED: August 31, 2010
15                       Lawrence E. Smith
                      Attorney for Defendants
16                        American Wine Distributors, Inc.,
                      and Michael Denny, individually
17

18
PURSUANT TO STIPULATION, IT IS SO ORDERED
19

20

21  Dated: September 1, 2010

22
                      IT IS SO ORDERED
23                 United States Magistrate Judge
                Judge Elizabeth D. Laporte
24

25  DELEGAT'S WINE ESTATE LIMITED vs. AMERICAN WINE DISTRIBUTORS, INC., et al.
STIPULATION TO RESCHDULE CASE MANAGEMENT CONFERENCE:SEPTEMBER 21, 2010 10:00 a.m.
26