IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED, | No. C-10-02215 EDL |
| Plaintiff, | **ORDER REGARDING PARTIES' STIPULATED REQUEST TO EXTEND FACT DISCOVERY** |
| v. | |
| AMERICAN WINE DISTRIBUTORS INC, | |
| Defendant. | |

On April 15, 2011, the parties filed a Stipulated Request to Extend Fact Discovery by Sixty Days. Good cause appearing, the request is granted. The new pretrial and trial dates are:

1. Discovery cutoff: June 15, 2011
2. Initial expert disclosures: August 1, 2011
3. Rebuttal expert disclosures: August 16, 2011
4. Expert discovery cutoff: August 30, 2011
5. Last day to hear dispositive motions: August 9, 2011
6. Pretrial conference: October 18, 2011
7. Trial: November 7, 2011

In all other respects, the September 24, 2010 Case Management and Pretrial Order for Jury Trial remains in effect.

**IT IS SO ORDERED.**

Dated: April 20, 2011

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge