IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED, | No. C-10-02215 EDL |
| Plaintiff, | **ORDER EXTENDING PRETRIAL AND TRIAL DATES** |
| v. | |
| AMERICAN WINE DISTRIBUTORS INC, | |
| Defendant. | |

On June 14, 2011, Plaintiff submitted a letter seeking an extension of the June 15, 2011 discovery cutoff date in this case. On June 16, 2011, Defendant submitted a response to Plaintiff's letter stating that Defendant did not object to an extension of the discovery cutoff date as Plaintiff requested, on the condition that all other pending dates be continued for the same length of time. On June 17, 2011, Plaintiff informed the Court that it did not object to a continuance of the pending dates in this case. Good cause appearing, the request to extend dates is granted. The new pretrial and trial dates are:

1. Discovery cutoff: September 15, 2011. The extended discovery period is to accommodate the discovery set forth in Plaintiff's letter and is not a full re-opening of the discovery period.

2. Initial expert disclosures: November 1, 2011

3. Rebuttal expert disclosures: November 16, 2011

4. Expert discovery cutoff: November 30, 2011

5. Last day to hear dispositive motions: November 8, 2011

6. Pretrial conference: January 24, 2012

7. Trial: February 13, 2012

In all other respects, the September 24, 2010 Case Management and Pretrial Order for Jury Trial remains in effect.

**IT IS SO ORDERED.**

Dated: June _17__, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge