IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN WINE DISTRIBUTORS INC,<br><br>    Defendants.<br>_____ / | No. 10-02215 EDL<br><br>**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY** |

    On June 17, 2011, Defendants' counsel filed a request to appear telephonically at the motion hearing set for July 5, 2011 at 2:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: June 17, 2011

                                            ELIZABETH D. LAPORTE<br>
                                            United States Magistrate Judge