UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELEGAT'S WINE ESTATE LIMITED, | ) | Case No.:  CV 10 2215 EDL (BZ) |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO RESCHEDULE** |
| | ) | **SETTLEMENT CONFERENCE** |
| vs. | ) | **AND ORDER** |
| | ) | |
| AMERICAN WINE DISTRIBUTORS, INC. | ) | |
| and MICHAEL DENNY, individual | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, DELEGAT'S WINE ESTATE LIMITED and defendants, AMERICAN WINE DISTRIBUTORS, INC. and MICHAEL DENNY, by and through their attorneys of record, stipulate and request that

1.     The Court carry and extend the scheduled Settlement Conference date (Docket Entry #54) to January 23, 2012 at 2:00 pm., before Chief Magistrate Judge Maria-Elena James.

1 | DATED: January 13, 2012

2 |            MCDOWALL COTTER, APC

3 |            By : David S. Rosenbaum /s/
              David S. Rosenbaum, Esq.

4 |               Attorney for Plaintiff
              Delegat's Wine Estate Limited

5 |

6 |            THE BAYNE LAW GROUP LLC

7 |            By: Andrew J. Bayne /s/
              Andrew J. Bayne, Esq.

8 |               Attorney for Plaintiff
              Delegat's Wine Estate Limited

9 |               *Admitted Pro Hac Vice*

10 | DATED: January 13, 2012          /s/
              Lawrence E. Smith

11 |               Attorney for Defendants
              American Wine Distributors, Inc.,

12 |               and Michael Denny, individually

13 |

14 | PURSUANT TO STIPULATION,
IT IS SO ORDERED

15 |

16 | Dated: January 13, 2012

17 |               _____

18 |               Chief Magistrate Judge Maria-Elena James

Page 2

DELEGAT'S WINE ESTATE LIMITED vs. AMERICAN WINE DISTRIBUTORS, INC., et al.
STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND ORDER