IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED, | No. C -10-02215 BZ |
| Plaintiff, | **REFRESHMENT ORDER** |
| v. | |
| AMERICAN WINE DISTRIBUTORS INC, | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered no later than 8:00 a.m. for the seven (7) members of the jury in the above-entitled matter beginning **Tuesday, February 14, 2012**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: February 2, 2012

BERNARD ZIMMERMAN
United States Magistrate Judge