UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED,<br><br>    Plaintiff(s),<br><br>  v.<br><br>AMERICAN WINE DISTRIBUTORS, INC.,<br><br>    Defendant(s). | No. C10-2215 BZ<br><br>**ORDER SCHEDULING FURTHER PRETRIAL CONFERENCE** |

Having reviewed the parties' latest filings, the Court is concerned that this case is still not ready to be tried. Accordingly, a further pretrial conference is scheduled for **Wednesday, February 8, 2012 at 2:00 p.m.**, in **Courtroom D**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 2, 2012

                                            Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\DELEGAT'S WINE V. AMERICAN WINE\ORDER SCHEDULING FURTHER PRETRIAL CONFERENCE.wpd

1