MCDOWALL COTTER, APC
David S. Rosenbaum, Esquire (Cal. SBN 151506)
2070 Pioneer Court
San Mateo, CA 94403
Telephone: (650) 572-7933
Facsimile:  (650) 572-0834
drosenbaum@mcdlawyers.net

THE BAYNE LAW GROUP LLC
Andrew J. Bayne, Esquire (AB-1142)
230 Park Avenue, Suite 1000
New York, NY 10169
Telephone:  (212) 679-2205
Facsimile:   (212) 679-2208
abayne@baynelaw.com
*Associated Counsel*

Attorneys for Plaintiff, Delegat's Wine Estate Limited

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| DELEGAT'S WINE ESTATE LIMITED<br><br>　　　　　　　　Plaintiff(s),<br>　　　v.<br><br>AMERICAN WINE DISTRIBUTORS, INC. and MICHAEL DENNY, individually,<br><br>　　　　　　　　Defendant(s), | Civil Action No. C-10-02215 BZ<br><br>**ADMINISTRATIVE MOTION BY PLAINTIFF FOR PERMISSION TO APPEAR AT PRETRIAL CONFERENCE VIA TELEPHONE** |
|---|---|

Plaintiff, Delegat's Wine Estate Limited ("Delegat's"), respectfully submits the within administrative motion for permission for Plaintiff's counsel admitted pro hac vice, Andrew J. Bayne, to appear telephonically at the additional Pretrial Conference scheduled for Wednesday, February 8, 2012 at 2:00pm in Courtroom D before the United States District Court 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. (Docket #100).

Plaintiff makes this administrative motion before this Honorable Court at this time to seek to limit additional travel time and expenses for Plaintiff unless the Court deems them necessary for the

-1-

Plaintiff's Administrative Motion to　　　Delegat's Wine Estate Limited v.
Appear by Telephone　　　　　　　　　American Wine Distributors, Inc. et al.
1-cv-02215-BZ

1  efficient administration of justice in this matter.  In anticipation of commencement of trial scheduled on February 13, 2012, and for courtroom preparation on Friday, February 10, 2012 as instructed by this Court, Plaintiff's counsel has made travel and accommodation arrangements to arrive in San Francisco, California in the evening of Thursday, February 9, 2012.

Additionally, in anticipation of the trial schedule, and following the recent pretrial filing deadlines, Plaintiff's counsel has calendared other client matters pending at The Bayne Law Group LLC to be addressed at his office on February 7 and February 8; both of which days would become additional out-of-office unplanned travel days in order to insure prompt attendance by counsel at the February 8, 2012 conference before this Court.  Removing these days from Plaintiff's counsel's general practice will be problematic for both counsel and those engaged clients for whom certain legal services have been committed.

To date, Plaintiff has endeavored to provide this Honorable Court with a thorough and timely pretrial presentation and recognizes the Court's concern for another Pretrial Conference following the latest submissions.  Respectfully, Plaintiff's counsel requests the opportunity to address the Court's concerns by telephone if at all practicable.

Plaintiff's counsel seeks the Court's guidance and consideration in this matter to avoid making changes to the scheduled travel arrangements if telephonic appearance would suffice on Plaintiff's part.  Further, if required, Plaintiff's local counsel will be able to appear in person while Mr. Bayne appears by telephone at the Conference.

Accordingly, Plaintiff submits that if it is at all possible for him to participate in the additional pretrial conference before this Honorable Court telephonically, this will provide the benefit of counsel being in-office for the balance of February 8, should this Honorable Court require any additional documentation to be generated by Plaintiff following the February 8 Conference.

-2-

Plaintiff's Administrative Motion to Appear by Telephone
1-cv-02215-BZ

Delegat's Wine Estate Limited v. American Wine Distributors, Inc. et al.

Further, as stated, telephonic appearance would be very helpful in accommodating the various client matters requiring counsel's in-office attention as well as.

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant Plaintiff's administrative motion.

Respectfully submitted,

DATED: February 3, 2012

MCDOWALL COTTER, APC

By: <u>David S. Rosenbaum /s/</u>
David S. Rosenbaum, Esq.
Attorney for Plaintiff
Delegat's Wine Estate Limited

THE BAYNE LAW GROUP LLC

By: <u>Andrew J. Bayne /s/</u>
Andrew J. Bayne, Esq.
Attorney for Plaintiff
Delegat's Wine Estate Limited
*Admitted Pro Hac Vice*


GRANTED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DATED: 2/6/2012

-3-

Plaintiff's Administrative Motion to Appear by Telephone
1-cv-02215-BZ

Delegat's Wine Estate Limited v. American Wine Distributors, Inc. et al.