MCDOWALL COTTER, APC
David S. Rosenbaum, Esquire (Cal. SBN 151506)
2070 Pioneer Court
San Mateo, CA 94403
Telephone: (650) 572-7933
Facsimile: (650) 572-0834
drosenbaum@mcdlawyers.net

THE BAYNE LAW GROUP LLC
Andrew J. Bayne, Esquire (AB-1142)
230 Park Avenue, Suite 1000
New York, NY 10169
Telephone: (212) 679-2205
Facsimile: (212) 679-2208
abayne@baynelaw.com
*Associated Counsel*

Attorneys for Plaintiff, Delegat's Wine Estate Limited

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED<br><br>         Plaintiff(s),<br>v.<br>AMERICAN WINE DISTRIBUTORS, INC. and MICHAEL DENNY, individually,<br><br>         Defendant(s), | Civil Action No. C-10-02215 BZ<br><br>~~PROPOSED~~ **ORDER PERMITTING PLAITNIFF TO BRING TRIAL EQUIPMENT INTO COURT** |

IT IS HEREBY ORDERED that the United States District Court Security Personnel shall permit Plaintiff's counsel herein to bring the following equipment into the United Stated District Court on February 10, 2012 for use at trial before this Court commencing February 13, 2012 and for the duration of the trial:

1. Electronic Projector to be connected to computer

2. Patch cord cables for connecting projector to computer

3. Laser Pointer

-1-

C-10-02215-BZ                                                                                     DELEGAT'S WINE ESTATE LIMITED V.
                                                                                                    AMERICAN WINE DISTRIBUTORS, INC.

4. Electronic Clicker with usb (and laser pointer)

5. Computer

6. Easel

Trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: February 7, 2012

BERNARD ZIMMERMAN
United States Magistrate Judge

-2-

C-10-02215-BZ

DELEGAT'S WINE ESTATE LIMITED V. AMERICAN WINE DISTRIBUTORS, INC.