UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN WINE DISTRIBUTORS, INC. and MICHAEL DENNY, individual,<br><br>  Defendants. | No. C10-2215 BZ<br><br>**ORDER RE: JURY INSTRUCTIONS** |

Having reviewed both parties' supplemental proposed jury instructions filed on February 1, 2012, the Court rules as follows:

- Plaintiff's proposed instructions on pages 19, 30-31, and 38 of docket number 94 will be given.
- Plaintiff's proposed instructions on pages 3, 21, 24-26, 34, 37, and 39 of docket number 94 will be given as modified.
- Plaintiff's proposed instructions on pages 9-12, 14-18, 32-33, and 36 of docket number 94 are refused.
- Defendant's proposed instruction on page 3 of docket

1

number 92 will be given.

- Defendant's proposed instruction on page 1 of docket number 92 will be given as modified.
- Defendant's proposed instruction on page 4 of docket number 92 is refused.

Dated: February /4/, 2012

_____
Bernard Zimmerman
United States Magistrate Judge