UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN WINE DISTRIBUTORS, INC. and MICHAEL DENNY, individual,<br><br>    Defendants. | No. C10-2215 BZ<br><br>**ORDER FOR ENTRY OF PARTIAL JUDGMENT** |

Defendant American Wine Distributors has agreed that it owes Plaintiff Delegat's Wine Estate Limited $336,131.37 on Plaintiff's Account Stated claim. It is hereby ordered that judgment may be entered in favor of Plaintiff on the Account Stated claim in the amount of $336,131.37 plus interest from the agreed date of January 13, 2009 and post-judgment interest in accordance with applicable federal law.

Dated: February 16, 2012

Bernard Zimmerman
United States Magistrate Judge

1