UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED,<br><br>    Plaintiff(s),<br><br>  v.<br><br>AMERICAN WINE DISTRIBUTORS, INC.,<br><br>    Defendant(s). | No. C10-2215 BZ<br><br>**ORDER REGARDING INTEREST** |

On February 17, 2012, the jury in this matter returned a verdict in favor of Plaintiff. No later than **Monday, February 27, 2012**, the parties shall file a stipulation regarding the rate and total amount of pre-judgment interest to be awarded. If the parties cannot stipulate to the interest rate or total amount of interest, each party may file a separate proposal. The Court will thereafter issue a judgment.

Dated: February 21, 2012

                                         Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\DELEGAT'S WINE V. AMERICAN WINE\TRIAL\ORDER after verdict re interest - KRISTY.wpd

1