**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED, | No. C -10-02215 BZ |
| Plaintiff, | **ORDER- DELETING DOCUMENT NOS. 119 and 120** |
| v. | |
| AMERICAN WINE DISTRIBUTORS INC, | |
| Defendant. | |

On February 21, 2012, a List of Peremptory Challenges (Docket No. 119) and a Juror Seating Chart (Docket No. 120) were erroneously filed in the Court's Electronic Court Filing Case Management system. **IT IS HEREBY ORDERED** that **Docket Nos. 119 and 120** shall be **DELETED** from the Court's Electronic Court Filing Case Management system.

Dated: February 21, 2012

BERNARD ZIMMERMAN
United States Magistrate Judge