UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED,<br><br>    Plaintiff(s),<br><br>  v.<br><br>AMERICAN WINE DISTRIBUTORS, INC.,<br><br>    Defendant(s). | No. C10-2215 BZ<br><br>**JUDGMENT ON JURY VERDICT** |

This action was tried by a jury with Magistrate Judge Bernard Zimmerman presiding, and the jury has rendered a verdict. **IT IS ORDERED** that Plaintiff Delegat's Wine Estate Limited recovers: (1) from Defendants American Wine Distributors and Michael Denny, jointly and severally, the amount of $336,131.37 for conversion, with prejudgment interest at an annual rate of 7% commencing on January 13, 2009 in the amount of $73,488.45, (see Docket No. 123); (2) from Defendants American Wine Distributors and Michael Denny, jointly and severally, the amount of $40,000.00 for conversion damages; (3) from Defendant Michael Denny, separately, the

amount of $10,000.00 for breach of fiduciary duty damages; (4) from Defendant American Wine Distributors, separately, the amount of $33,000.00 in punitive damages; and (5) from Defendant Michael Denny, separately, the amount of $33,500.00 in punitive damages, together with costs and post-judgment interest as permitted by law.

Dated: February 28, 2012

                                        Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\DELEGAT'S WINE V. AMERICAN WINE\TRIAL\Judgment.wpd