UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN WINE DISTRIBUTORS, INC.<br>and MICHAEL DENNY, individual<br><br>　　　　Defendants. | Case No.: CV 10 2215 EDL<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR A NEW TRIAL AND EXTENDING MOTION HEARING DATE**<br><br>**Proposed Date: May 16, 2012**<br>**Time: 10:00 a.m.**<br>**Courtroom: C**<br><br>**Magistrate Judge: Hon. Bernard Zimmerman** |

　　　　Plaintiff, DELEGAT'S WINE ESTATE LIMITED and defendants, AMERICAN WINE DISTRIBUTORS, INC. and MICHAEL DENNY, by and through their attorneys of record, stipulate and respectfully request that:

　　　　The Court grant a two-week extension for plaintiff to respond to defendant's motion for a new trial until April 24, 2012. Defendant's reply shall become due by May 1, 2012 and the Motion Hearing to be set for June 6, 2012 at 10:00 AM, or at such other time as set by the Court, in Courtroom C, 15th Floor, San Francisco.

DATED: March 28, 2012

　　　　　　　　　　　　　　　　　　　　MCDOWALL COTTER, APC

　　　　　　　　　　　　　　　　　　　By : <u>David S. Rosenbaum /s/</u>
　　　　　　　　　　　　　　　　　　　　David S. Rosenbaum, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Delegat's Wine Estate Limited

| | |
|---|---|
| STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR A NEW TRIAL | Case No. C-10-02215 BZ<br>DELEGAT'S WINE ESTATE LIMITED V.<br>AMERICAN WINE DISTRIBUTORS, INC.ET AL |

```
 1
 2                                          THE BAYNE LAW GROUP LLC
 3                                          By: Andrew J. Bayne /s/
                                                Andrew J. Bayne, Esq.
 4                                              Attorney for Plaintiff
                                                Delegat's Wine Estate Limited
 5                                              Admitted Pro Hac Vice
 6
 7    DATED: March 28, 2012                 /s/  Lawrence S. Smith
                                            Lawrence E. Smith
 8                                          Attorney for Defendants
                                            American Wine Distributors, Inc.,
 9                                           and Michael Denny, individually
10
11    PURSUANT TO STIPULATION,
      IT IS SO ORDERED
12
13    Dated: March ___, 2012
14                                          _____
15                                          Honorable Bernard Zimmerman
                                            United States Magistrate Judge
16
17                                          **DENIED.** No cause shown. Proposed dates are
                                            unexceptable to the Court.
18
                                            Dated: 3/30/2012
19
          [DENIED stamp — Judge Bernard Zimmerman,
20         United States District Court, Northern District of California]
21
22
23
24    STIPULATION FOR EXTENSION OF         Case No. C-10-02215 BZ
      TIME FOR PLAINTIFF TO RESPOND TO     DELEGAT'S WINE ESTATE LIMITED V.
25    DEFENDANT'S MOTION FOR A NEW TRIAL   AMERICAN WINE DISTRIBUTORS, INC. ET AL
26
```