UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELEGAT'S WINE ESTATE LIMITED, | ) | Case No.: CV 10 2215 BZ |
| Plaintiff, | ) ) | **ORDER (Proposed) GRANTING PLAINTIFF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR A NEW TRIAL.** |
| vs. | ) ) ) | |
| AMERICAN WINE DISTRIBUTORS, INC. and MICHAEL DENNY, individual | ) ) ) | |
| Defendants. | ) ) | |

On April 2, 2012, Plaintiff submitted an administrative motion seeking an extension of time to respond to defendant's motion for a new trial in this case. Having reviewed the motion and declaration of counsel, ~~and the opposition papers filed by defendants, if any;~~ good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall have until  April 24  , 2012 to respond to Defendant's motion for new trial; that Defendant shall have until  May 1  , 2012 to reply to Plaintiff's submission; ~~that the motion hearing shall be scheduled before this Court on _____, 2012 at ___:00 of said day;~~ The Court will schedule a hearing if one is necessary.

The hearing presently scheduled for May 2, 2012 at 10:00 a.m. is VACATED.

Page 1

DELEGAT'S WINE ESTATE LIMITED vs. AMERICAN WINE DISTRIBUTORS, INC., et al.
ORDER (Proposed) GRANTING PLAINTIFF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR A NEW TRIAL

**IT IS FURTHER ORDERED** that the Court call scheduled as per document No. 131 is rescheduled to April ___, 2012.

Dated: April 3, 2012

_____
Honorable Bernard Zimmerman
United States Magistrate Judge

Page 2

DELEGAT'S WINE ESTATE LIMITED vs. AMERICAN WINE DISTRIBUTORS, INC., et al.
ORDER (Proposed) GRANTING PLAINTIFF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR A NEW TRIAL