UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED,<br><br>          Plaintiff(s),<br><br>     v.<br><br>AMERICAN WINE DISTRIBUTORS, INC.,<br><br>          Defendant(s). | No. C10-2215 BZ<br><br>**ORDER RE-REFERRING CASE FOR SETTLEMENT CONFERENCE** |

**IT IS ORDERED** that this matter is re-referred to the Honorable Maria-Elena James to preside over a settlement conference as soon as is convenient to her calendar.

Dated: April 27, 2012

                              Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\DELEGAT'S WINE V. AMERICAN WINE\ORDER RE-REFERRING CASE FOR SETT CONF.wpd

1