UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DELEGAT'S WINE ESTATE LIMITED,<br><br>                   Plaintiff(s),<br>   v.<br>AMERICAN WINE DISTRIBUTORS INC,<br><br>                   Defendant(s). | No. C 10-02215 BZ (MEJ)<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

This matter is scheduled for a settlement conference on June 5, 2012. Now before the Court is Plaintiff's business representative Murray Anabell from Auckland, New Zealand and Plaintiff's Counsel *Pro Hac Vice* Andrew Bayne's request to allow them to appear by telephone at the conference. Good cause appearing, the request is GRANTED. However, they are hereby advised that, should the case not settle and a further settlement conference be scheduled, they will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

**IT IS SO ORDERED.**

Dated: May 24, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge