UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELEGAT'S WINE ESTATE LIMITED, | ) ) ) | |
| Plaintiff(s), | ) ) | No. C10-2215 BZ |
| v. | ) ) | **AMENDED JUDGMENT ON JURY VERDICT** |
| AMERICAN WINE DISTRIBUTORS, INC., | ) ) ) | |
| Defendant(s). | ) ) | |

This action was tried by a jury with Magistrate Judge Bernard Zimmerman presiding, and the jury rendered a verdict on February 17, 2012. In response to the Court's May 24, 2012 Order Denying Defendant Denny's Motion for New Trial Conditioned on Plaintiff's Acceptance of Remittitur, Plaintiff filed its Election of Nominal Punitive Damages as to Defendant Denny on May 30, 2012.

In accordance with the jury's verdict and Plaintiff's election of nominal punitive damages, the February 28, 2012 Judgment is amended as follows. **IT IS ORDERED** that Plaintiff Delegat's Wine Estate Limited recovers: (1) from Defendants

1

American Wine Distributors and Michael Denny, jointly and severally, the amount of $336,131.37 for conversion, with prejudgment interest at an annual rate of 7% commencing on January 13, 2009 in the amount of $73,488.45, (see Docket No. 123); (2) from Defendants American Wine Distributors and Michael Denny, jointly and severally, the amount of $40,000.00 for conversion damages; (3) from Defendant Michael Denny, separately, the amount of $10,000.00 for breach of fiduciary duty damages; (4) from Defendant American Wine Distributors, separately, the amount of $33,000.00 in punitive damages; and (5) from Defendant Michael Denny, separately, the amount of $1.00 in punitive damages, together with costs and post-judgment interest as permitted by law.

Dated: June 1, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

C:\temp\notes56FD74\Amended Judgment.wpd